HONORABLE JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT CLARK and LOUISE CLARK,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | No. 2:24-cv-01725 MJP<br><br>STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING EXPERT DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>June 26, 2025 |

## I.    STIPULATION

The parties in this matter stipulate and agree to move the Court for an order continuing the expert disclosure deadline for 37 days to allow additional time to obtain expert opinions. Safeco's Rule 30(b)(6) representative has not been available to sit for their deposition, which necessitates the need for additional time for experts to review the transcript. The Rule 30(b)(6) deposition will occur on July 16, 2025, at 9:30 a.m. The parties do not anticipate a need for additional continuances, nor do they anticipate a need to move the current trial date.

The parties propose the following deadline:

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | July 14, 2025 | August 21, 2025 |
| Disclosure of rebuttal expert testimony FRCP 26(a)(2)(D)(ii) | August 13, 2025 | Sept. 5, 2025 |

STIPULATED MOTION TO EXTEND
EXPERT DEADLINES
(No 2:24-CV-01725-MJP ) - 1

Ruiz & Smart LLP
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702

RESPECTFULLY SUBMITTED June 26, 2025

**RUIZ & SMART LLP**

By: s/ *Brenna Pink Pampena*
Isaac Ruiz, WSBA #35237
iruiz@ruizandsmart.com
Brenna Pink Pampena, WSBA #62986
bpampena@ruizandsmart.com
*Counsel for Robert Clark and Louise Clark*

**FORSBERG & UMLAUF, P. S.**

By:    *Michael D. Handler*
Michael D. Handler, WSBA #25654
mhandler@foum.law
*Counsel for Defendant Safeco Insurance Company of America*

IT IS SO ORDERED:

Pursuant to the foregoing stipulation of the parties, the Rule 30(b)(6) deposition of defendant, Safeco, will occur on July 16, 2025. The amended deadline for expert disclosures is now set for August 21, 2025, with rebuttals to follow by September 5, 2025.  All other deadlines will remain as ordered.

Dated this 2nd day of July, 2025.

_____
THE HONORABLE MARSHA J. PECHMAN
United States District Court Judge

STIPULATED MOTION TO EXTEND
EXPERT DEADLINES
(No 2:24-CV-01725-MJP ) - 2

**RUIZ & SMART LLP**
901 Fifth Ave., Ste. 820
Seattle, WA 98164
Tel. 206-203-9100 Fax 206-785-1702